**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| PATRICK JAYSON REENERS,<br><br>Plaintiff,<br><br>v.<br><br>RICKY TROUP, ET AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:15-cv-00625<br>Judge Trauger |

**ORDER**

On July 10, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 7) to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case shall proceed against defendants Ricky Troup, Donald Bandy, Lamar Ballard, "John Doe", City of Gallatin, Middle Tennessee Mental Health Institute, and Volunteer Behavior Health Care Services. The case shall not proceed as to Sumner County Medical Center, against whom all claims have been dismissed with prejudice by agreement (Docket No 59).

This case has proceeded far beyond the initial review, and the court hopes that the delayed ruling on this Report and Recommendation does not add any complexity to the status of the case.

The court notes that counsel has been appointed for the defendant. This case shall remain on referral to the magistrate judge. By separate order, the court will set the case for trial and pretrial conference before her.

It is so **ORDERED**.

ENTER this 7th day of December 2015.

ALETA A. TRAUGER
U.S. District Judge