## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: May 05, 2020

Mr. William Nelson Bates  
Farrar & Bates  
211 Seventh Avenue, N.  
Suite 500  
Nashville, TN 37219

Mr. Kyle F. Mothershead  
Law Office  
414 Union Street  
Suite 900  
Nashville, TN 37219

Mr. Destin T. Tisher  
Farrar & Bates  
211 Seventh Avenue, N.  
Suite 500  
Nashville, TN 37219

Re: Case No. 20-5179, *Patrick Reeners v. Rickey Troup, et al*  
Originating Case No. : 3:15-cv-00625

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel  
Mediation Administrator

cc: Mr. Kirk L. Davies

Enclosure

No mandate to issue

Case No. 20-5179

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

PATRICK JAYSON REENERS

    Plaintiff - Appellee

v.

RICKEY TROUP; LAMAR BALLARD; JAMIE HELSON; BRADLEY JONES

    Defendants - Appellants

and

DONALD BANDY; CITY OF GALLATIN, TN

    Defendants

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 05, 2020