**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| PATRICK JAYSON REENERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 3:15-cv-00625 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| RICKY TROUP, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is hereby ORDERED that, by July 27, 2020, the parties shall file a joint status report

that informs the court whether a case management conference should be scheduled and whether

this case needs to be reset for trial.  If so, a suggested timetable would be helpful.

It is so **ORDERED**.


_____
ALETA A. TRAUGER
U.S. District Judge